Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Lara A. Petersen, SBN 318475
**OMNI LEGAL GROUP**
2029 Century Park E, Suite 400
Los Angeles, California 90067
Phone:        310.276.6664
Facsimile:    310.305.1550
omid@omnilg.com
ariana@omnilg.com
lara@omnilg.com

Attorneys for Plaintiff
LALTITUDE LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>      vs.<br><br>DREAMBUILDER TOY LLC, an Ohio limited liability company; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 2:21-cv-9324-JWH-JPR<br><br>**DECLARATION OF OMID E. KHALIFEH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Hearing Date: March 18, 2022<br>Hearing Time: 9:00 A.M.<br><br>*Hon. John W. Holcomb* |

1

DECLARATION OF OMID E. KHALIFEH IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

I, Omid E. Khalifeh, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California. I am the principal attorney at Omni Legal Group, P.L.C. and lead counsel for plaintiff Laltitude LLC ("Plaintiff") in the above-captioned matter.

2. I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss for Improper Venue. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. Plaintiff filed the present action to address Defendant's unmitigated infringement of Plaintiff's design patents for magnetic building tiles. In particular, Defendant has been offering for sale, and presumably selling, on Amazon.com, magnetic building tiles having a substantially similar, if not identical, ornamental design to that protected by Plaintiff's patents. *See* Dkt. 1, ¶¶ 2, 16, 18.

4. Defendant offers its products for sale via Amazon's "Fulfillment by Amazon" (FBA) program, which provides Defendant access to Amazon's logistics network. *See* **EXHIBIT A** for a screenshot of the landing page for FBA, accessed by me via https://sell.amazon.com/fulfillment-by-amazon on February 25, 2022 at 12:40 p.m. Under FBA, "[b]usinesses send products to Amazon fulfillment centers and when a customer makes a purchase, [Amazon] handle[s] receiving, packing, shipping, customer service, and returns for those orders." *Id.*

5. To participate in Amazon's FBA program, Defendant must agree to "Amazon Services Business Solutions Agreement." *See* **EXHIBIT B** for a true and correct copy of this agreement, accessed by me via https://sellercentral.amazon.com on February 25, 2022 at 10:32 a.m.

6. Defendant was served with process on January 15, 2022. *See* Dkt. 16. Defendant's responsive pleading was therefore due February 7, 2022.

7. Nearly two weeks after Defendant was served with process, Defendant's counsel emailed this firm seeking an extension of time to respond to the

2

DECLARATION OF OMID E. KHALIFEH IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

complaint and giving Plaintiff's counsel the task of "fil[ing] [its] approval with the court as soon as possible." *See* **EXHIBIT C** for a true and correct copy of these emails. During this time, Defendant had plenty of time to make arrangements to file a timely response to Plaintiff's Complaint.

8. On Saturday, January 29, 2022, Defendant's counsel emailed me indicating that if Plaintiff "does not grant the extension, we intend to file a motion." *See id.* In this email, Defendant's counsel also cited the Local Rule 7-3 requirement to meet and confer seven (7) days before filing a motion and pointed out that Monday, January 31, 2022 "would be the last day possible" for such a conference. *Id.*

9. The following day, on Sunday, January 30, 2022, Defendant's counsel emailed me "to meet and confer, pursuant to Local Rule 7-3 and Rule 12 of the Federal Rules of Civil Procedure, prior to filing a motion to dismiss [Plaintiff's] complaint." *Id*. Defendant's counsel again cited the requirement to meet and confer seven (7) days before filing a motion, again pointing out that the deadline for this conference was the following calendar day, Monday, January 31, 2022. *Id.*

10. Unfortunately, I had thirteen (13) other previously scheduled meetings on January 31, 2022. As a result of the lack of notice, the parties' respective counsel was unable to engage in a substantive discussion of Defendant's then-contemplated motion.

11. On each occasion that Defendant's counsel's messages warranted a response, I promptly responded. However, Defendant's counsel failed to provide the requisite notice to meet and confer pursuant to Local Rule 7-3.

///

///

///

3

Declaration of Omid E. Khalifeh in Support of
Plaintiff's Opposition to Defendant's Motion to Dismiss for Improper Venue

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 25th day of February, 2022.

_____
Omid E. Khalifeh

4

DECLARATION OF OMID E. KHALIFEH IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE